# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23−cv−08771−JLR

| | |
|---|---|
| Jin et al v. Propark America New York, LLC | Date Filed: 10/05/2023 |
| Assigned to: Judge Jennifer L. Rochon | Date Terminated: 10/12/2023 |
| Demand: $75,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity Action | Nature of Suit: 380 Personal Property: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Minglai Jin**  represented by  **Zheng Liu**
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
650−475−6289
Email: Andy.Liu@aptumlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jingyi Guo**
1660 S Amphlett Blvd
Ste 350
San Mateo, CA 94402
530−204−8024
Email: jingyi.guo@aptumlaw.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chen Liang**  represented by  **Zheng Liu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jingyi Guo**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Propark America New York, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2023 | 1 | **FILING ERROR − DEFICIENT PLEADING − SIGNATURE ERROR −** COMPLAINT against Propark America New York, LLC. (Filing Fee $ 402.00, Receipt Number ANYSDC−28388884)Document filed by Minglai Jin, Chen Liang..(Guo, Jingyi) Modified on 10/6/2023 (jgo). (Entered: 10/05/2023) |

| 10/05/2023 | Ï2 | **FILING ERROR – PDF ERROR –** CIVIL COVER SHEET filed..(Guo, Jingyi) Modified on 10/6/2023 (jgo). (Entered: 10/05/2023) |
|---|---|---|
| 10/05/2023 | Ï3 | REQUEST FOR ISSUANCE OF SUMMONS as to Propark America New York, LLC, re: 1 Complaint. Document filed by Minglai Jin, Chen Liang..(Guo, Jingyi) (Entered: 10/05/2023) |
| 10/05/2023 | Ï4 | MOTION for Jingyi Guo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28389667. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Minglai Jin, Chen Liang. (Attachments: # 1 Affidavit Declaration of Jingyi Guo ISO, # 2 Proposed Order Proposed Order).(Guo, Jingyi) (Entered: 10/05/2023) |
| 10/06/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4 MOTION for Jingyi Guo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28389667. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 10/06/2023) |
| 10/06/2023 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Jingyi Guo to RE–FILE Document No. 1 Complaint. The filing is deficient for the following reason(s): the pleading was not signed by the filing attorney. Re–file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** (Entered: 10/06/2023) |
| 10/06/2023 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Jingyi Guo to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the civil cover sheet is not correct; the PDF was not signed by the filing attorney;. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated October 1, 2020. The S.D.N.Y. Civil Cover Sheet dated October 1, 2020 is located at http://nysd.uscourts.gov/file/forms/civil–cover–sheet.. (jgo)** (Entered: 10/06/2023) |
| 10/06/2023 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jennifer L. Rochon. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 10/06/2023) |
| 10/06/2023 | Ï | Magistrate Judge Jennifer Willis is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 10/06/2023) |
| 10/06/2023 | Ï | Case Designated ECF. (jgo) (Entered: 10/06/2023) |
| 10/06/2023 | Ï5 | ELECTRONIC SUMMONS ISSUED as to Propark America New York, LLC..(jgo) (Entered: 10/06/2023) |
| 10/06/2023 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Jingyi Guo. The following case opening statistical information was erroneously selected/entered: Cause of Action code 07:1; County code New York;. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 28:1332; the County code has been modified to XX Out of U.S.;. (jgo)** (Entered: 10/06/2023) |
| 10/06/2023 | Ï6 | |

| | | |
|---|---|---|
| | | COMPLAINT against Propark America New York, LLC. (Filing Fee $ 402.00, Receipt Number ANYSDC–28395783)Document filed by Minglai Jin, Chen Liang..(Guo, Jingyi) (Entered: 10/06/2023) |
| 10/06/2023 | Ï 7 | CIVIL COVER SHEET filed..(Guo, Jingyi) (Entered: 10/06/2023) |
| 10/11/2023 | Ï 8 | MOTION for Zheng Liu to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28412814. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Minglai Jin, Chen Liang. (Attachments: # 1 Affidavit Declaration of Zheng Liu ISO Motion to Appear Pro Hac Vice, # 2 Proposed Order Proposed Order).(Liu, Zheng) (Entered: 10/11/2023) |
| 10/12/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8 MOTION for Zheng Liu to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28412814. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 10/12/2023) |
| 10/12/2023 | Ï 9 | TRANSFER ORDER The Court finds that the balance of factors weigh in favor of transferring this action to the Eastern District of New York, and that such a transfer is in the interests of justice and conveniences of the parties and witnesses. See 28 U.S.C. § 1404(a). The Court directs the Clerk of Court to transfer this action to the United States District Court for the Eastern District of New York. (And as further set forth herein.) SO ORDERED. (Signed by Judge Jennifer L. Rochon on 10/12/2023) (jca) Transmission to Office of the Clerk of Court for processing. (Entered: 10/12/2023) |
| 10/12/2023 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Eastern District of New York.(rro) (Entered: 10/19/2023) |