UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Minglai Jin and Cheng Liang, <br><br> Plaintiffs, <br><br> v. <br><br> Propark America New York, LLC <br><br> Defendants. | Case No. 1:23-cv-07891 <br><br> **PLAINTIFFS' STATUS REPORT** |

      Pursuant to Court's January 28. 2024 Order, Plaintiff respectfully submitted the following status report:

      Defendant Propark America New York, LLC ("Defendant") was served with the Summons and Complaint on November 16, 2023. Subsequent to the service, Parties have been engaged in settlement negotiation. Acknowledging the potential for resolving this matter amicably and thereby conserving judicial resources, Plaintiff has granted an extension for Defendant to file their responsive pleading by February 19, 2024. During this extended timeframe, Parties are committed to conducting a final pre-answer settlement discussion.

      Respectfully submitted,

                                                                                                    Zheng Liu
                                                                                *Attorney for Plaintiff*