UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Minglai Jin and Cheng Liang,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Propark America New York, LLC<br><br>　　　　　Defendants. | Case No. 1:23-cv-07891-FB-VMS<br><br>**PLAINTIFFS' STATUS REPORT** |

　　　　Pursuant to Court's February 24, 2024 Order, Plaintiff respectfully submits the following status report:

　　　　Defendant Propark America New York, LLC ("Defendant") has answered in this case. (Dkt. 22.) Defendant has served some discovery requests; Plaintiffs will be serving their own discovery requests.

　　　　Because the case is now at issue, Plaintiffs respectfully request the court sets a case management conference.

　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Zheng Liu
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*